Minneapolis Office
80 South 8th Street
IDS Center, Suite 1650
Minneapolis, MN 55402
612.605.4098 PHONE
612.605.4099 FAX

Chicago Office
415 North LaSalle Street
Suite 502
Chicago, IL 60654
312.222.0660 PHONE
312.222.1656 FAX

**halunen**law

EMPLOYMENT · CONSUMER · WHISTLEBLOWER

September 23, 2016

**VIA ELECTRONIC FILING**

The Honorable Michael J. Davis
United States District Court for the
 District of Minnesota
300 South Fourth Street
Minneapolis, MN  55415

> Re:   *Joseph Schumann v. G4S Security Solutions (USA( Inc.,
>       d/b/a G4S Regulated Security Solutions*
>       Court File No. 14-cv-00865 (MJD/HB)

Dear Judge Davis:

This is to confirm our telephone conversation with the court yesterday advising that the parties have reached a resolution of all claims in the above-referenced matter. Once the provisions of the agreement have been satisfied, the parties will submit a Stipulation for Dismissal and proposed Order to the Court.

If you need any additional information in the meantime, please feel free to contact me. Thank you for your attention to this matter.

                              Sincerely,

                              HALUNEN LAW

                              *Barbara J. Felt*

                              Barbara J. Felt

BJF:cam