## UNITED STATES DISTRICT COURT
### District of Minnesota

Joseph Schumann

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.                                                          Case Number: 14-cv-865 (MJD/HB)

G4S Secure Solutions (USA) Inc.,
*d/b/a G4S Regulated Security Solutions*

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is hereby dismissed with prejudice and on the merits, without costs or disbursements to any party.

Date:   October 27, 2016                              RICHARD D. SLETTEN, CLERK

                                                                             s/L. Brennan
                                                                   (By)   L. Brennan , Deputy Clerk